IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES PAYTON,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) Civil Action No. 3:21-cv-484 |
| JESSIE RODRIGUEZ<br>　　Defendant. | ) Chief Judge Crenshaw/Frensley<br>)<br>) |

## ORDER

The Court held a case management conference with the Parties on September 9, 2021. This action is related to another matter pending in this Court, *Riley Pippin v. Hyundai Motor America et al.,* 3:20-cv-1017. The Parties discussed the possibility of consolidating this case with the prior filing and will continue their discussions to determine the appropriate manner in which to proceed with this matter.

The case management conference in this matter is continued and reset for **October 8, 2021 at 9:30 a.m.**, by telephone. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**JEFFERY S. FRENSLEY**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**